# Criminal Case Cover Sheet

**U.S. District Court**

FILED: REDACTED  IND

**Place of Offense:** ☒ Under Seal

**Judge Assigned:** RDA

City:   Superseding Indictment:   **Criminal No.** 1:20-CR-103

County:   Same Defendant:   New Defendant:

Magistrate Judge Case No. 1:20-MJ-112   Arraignment Date:

Search Warrant Case No.   R. 20/R. 40 From:

## Defendant Information:

**Defendant Name:** Armando Eliu Melgar Diaz   Alias(es): "Blue" "Clipper"   ☐ Juvenile   FBI No.:

**Address:**

Employment:

**Birth Date:** XX/XX/90   **SSN:** No SSN   **Sex:** Male   Race:   Nationality:

**Place of Birth:** El Salvador   Height:   Weight:   Hair:   Eyes:   Scars/Tattoos:

☐ Interpreter   Language/Dialect:   Auto Description:

## Location/Status:

**Arrest Date:**   ☐ Already in Federal Custody as of:   in:

☐ Already in State Custody   ☐ On Pretrial Release   ☐ Not in Custody

☐ Arrest Warrant Requested   ☐ Fugitive   ☐ Summons Requested

☐ Arrest Warrant Pending   ☐ Detention Sought   ☐ Bond

## Defense Counsel Information:

Name:   ☐ Court Appointed   Counsel Conflicts:

Address:   ☐ Retained

Phone:   ☐ Public Defender   ☐ Federal Public Conflicted Out

## U.S. Attorney Information:

**AUSA(s):** Nicholas J. Patterson   **Phone:** (703) 838-2630   Bar No.:

## Complainant Agency - Address & Phone No. or Person & Title:

Daniel B. Brunner, Special Agent, FBI

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. § 1962(d) | Conspiracy/Participate Racket. Enterprise | 1 | Felony |
| Set 2: | 18 U.S.C. § 2339A(a) | Conspiracy/Provide & Conceal Mat. Support to Terrorists | 2 | Felony |

Date:   AUSA Signature: Nicholas J. Patterson   Digitally signed by NICHOLAS PATTERSON Date: 2020.05.04 09:57:33 -04'00'   *may be continued on reverse*

**District Court Case Number (to be filled by deputy clerk):**

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 3: | 18 U.S.C. § 956(a)(1) | Conspiracy to Kill/Maim Persons Outside US | 3 | Felony |
| Set 4: | 18 U.S.C. §§ 2332b(c) | Conspiracy to Commit Acts of Terrorism | 4 | Felony |
| Set 5: | 18 U.S.C. §§ 2339C(a) | Conspiracy to Finance Terrorism | 5 | Felony |
| Set 6: | 21 U.S.C. § 960a(a) | Narco-Terrorism Conspiracy | 6 | Felony |
| Set 7: | 50 U.S.C. § 1705(a) | Conspiracy to Violate IEEPA | 7 | Felony |
| Set 8: | 21 U.S.C. §§ 841(a)(1) a | Conspiracy to Dist. Controlled Substances | 8 | Felony |
| Set 9: | | | | |
| Set 10: | | | | |
| Set 11: | | | | |
| Set 12: | | | | |
| Set 13: | | | | |
| Set 14: | | | | |
| Set 15: | | | | |
| Set 16: | | | | |
| Set 17: | | | | |
| Set 18: | | | | |
| Set 19: | | | | |
| Set 20: | | | | |
| Set 21: | | | | |
| Set 22: | | | | |
| Set 23: | | | | |
| Set 24: | | | | |
| Set 25: | | | | |

Print Form     Reset Form