IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No: 1:20cr103 |
| v. ) | |
| ) | |
| ARMANDO ELIU MELGAR DIAZ ) | |
| ) | |
| a.k.a. "Blue," and "Clipper," ) | |
| ) | |
| Defendant. ) | |

## GOVERNMENT'S MOTION TO UNSEAL THE INDICTMENT

The United States, by and through its attorneys, G. Zachary Terwilliger, United States Attorney, Eastern District of Virginia, Nicholas J. Patterson, Assistant United States Attorney, and Kevin L. Rosenberg and Matthew W. Shepherd, Special Assistant United States Attorneys, respectfully requests that the above-captioned indictment returned on May 5, 2020, be unsealed.

This office previously requested the indictment be sealed until it moved to unseal. The office is now moving to unseal.

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

Date:　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　Digitally signed by NICHOLAS PATTERSON
　　　　　　　　　　　　　　　　Date: 2020.07.14 13:34:27 -04'00'

Nicholas J. Patterson
Assistant United States Attorney
Kevin L. Rosenberg
Matthew W. Shepherd
Special Assistant United States Attorneys