IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No: 1:20cr103 |
| v. | ) | |
| | ) | |
| ARMANDO ELIU MELGAR DIAZ, | ) | |
| | ) | |
| a.k.a. "Blue," and "Clipper," | ) | |
| | ) | |
| Defendant. | ) | |

ORDER TO UNSEAL INDICTMENT

It is hereby ORDERED that the indictment in the above-captioned case is UNSEALED.

_____
The Honorable ROSSIE D. ALSTON, Jr.
UNITED STATES DISTRICT JUDGE

Date: _____
        Alexandria, Virginia

I ASK FOR THIS:

*Nicholas J. Patterson*      Digitally signed by NICHOLAS
                            PATTERSON
                            Date: 2020.07.14 13:35:07 -04'00'

Nicholas J. Patterson
Assistant United States Attorney
Kevin L. Rosenberg
Matthew W. Shepherd
Special Assistant United States Attorneys